IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00869-WDM-MJW

JENNIFER HEFFERN, and
DENNIS HEFFERN,

Plaintiff(s),

v.

BESART NEZIRAJ,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the defendant's Unopposed Motion for Leave to File an Answer (Docket No. 19) is granted, and the tendered Answer (Docket No. 19-2) is accepted for filing as of the date of this Minute Order.

Date: August 13, 2010

1